# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES JEFFREY BUCHANAN, | ) |
| Plaintiff, | ) Case No. 2:11-cv-00271-RCJ-GWF |
| vs. | ) **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion for Substitution of Attorney and Request to Respond to "Contempt of Court" Motion While in "Proper Person" (#61), filed October 12, 2012; City Defendants' Response to Plaintiff's Motion (#67), filed October 22, 2012; and Plaintiff's Reply to City Defendants' Response (#68) filed October 24, 2012.  The Court conducted a hearing on October 25, 2012.  After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Substitution of Attorney (#61) is **granted**.  Attorney Mitchell L. Posin is withdrawn as Plaintiff's counsel and Plaintiff Buchanan shall be allowed to appear in proper person.

**IT IS FURTHER ORDERED** that the Clerk shall add Plaintiff James Jeffrey Buchanan's address to the civil docket at 8321 W. Sahara Avenue, #1104, Las Vegas, Nevada 89117; telephone number: (760) 885-5175 and serve Plaintiff with a copy of this order.

**IT IS FURTHER ORDERED** that henceforth, Plaintiff shall serve upon Defendant(s), or their attorney, a copy of every pleading, motion, or other document submitted for consideration by

the court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to Defendant or their counsel. The court may disregard any paper received by a district judge, magistrate judge, or the Clerk which fails to include a certificate of service.

DATED this 25th day of October, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge