# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES JEFFREY BUCHANAN, | ) |
| Plaintiff, | ) Case No. 2:11-cv-00271-RCJ-GWF |
| v. | ) **MINUTE ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | ) |
| Defendants. | ) |
| | ) Dated: October 25, 2012 |

THE HONORABLE   George Foley, Jr.   UNITED STATES MAGISTRATE JUDGE

JUDICIAL ASSISTANT: Julia Wright          RECORDER:          None

COUNSEL FOR PLAINTIFF(S)   :        None Appearing

COUNSEL FOR DEFENDANT(S)  :        None Appearing

MINUTE ORDER IN CHAMBERS :

    **IT IS HEREBY ORDERED** that City Defendants' Ex-Parte Motion for an Order to Show Cause Why Plaintiff Should Not be Held in Contempt for Failure to Comply with the Court's August 15, 2012 Order (#59) is **stricken** as the City Defendants filed the same motion on October 17, 2012 (#65).

    **IT IS FURTHER ORDERED** that Plaintiff's responsive pleading to LVMPD Defendants' Motion to Compel (#63) and City Defendants' Motion for an Order to Show Cause Why Plaintiff Should Not be Held in Contempt for Failure to Comply with the Court's August 15, 2012 Order (#65) is due no later than **December 3, 2012**. Replies to said Motions are due no later than **December 13, 2012**.

    **IT IS FURTHER ORDERED** that the hearing set for November 19, 2012 on LVMPD Defendants' Motion to Compel is **vacated** and a hearing is scheduled for **December 20, 2012 at 9:00 a.m. in Courtroom 3A** on LVMPD Defendants' Motion to Compel (#63) and City Defendants' Motion for an Order to Show Cause Why Plaintiff Should Not be Held in Contempt for Failure to Comply with the Court's August 15, 2012 Order (#65).

*/s/ George Foley, Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**