**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES JEFFREY BUCHANAN,           )<br>                                                       )<br>                    Plaintiff,          )<br>                                                       )<br>vs.                                                 )<br>                                                       )<br>LAS VEGAS METROPOLITAN POLICE )<br>DEPARTMENT, *et al.*,                    )<br>                                                       )<br>                    Defendants.     )<br>_____ ) | Case No.  2:11-cv-00271-RCJ-GWF<br><br>**ORDER** |

This matter is before the Court on the Plaintiff's Motion to Compel Against Mitchell L. Posin, Esq. (#76).  The Court conducted a hearing in this matter on December 13, 2012.  No responsive pleadings were filed and Mr. Posin did not appear for the hearing.  After considering the papers submitted by Plaintiff, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Against Mitchell L. Posin, Esq. (#76) is granted.  Mr. Posin is to turn over the entire case file no later than **December 20, 2012**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this order to Mitchell L. Posin, Esq., at 601 S. Tenth Street, #100, Las Vegas, Nevada 89101.

DATED this 13th day of December, 2012.

*[signature: George Foley Jr.]*
GEORGE FOLEY, JR.
United States Magistrate Judge