# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES JEFFREY BUCHANAN,<br><br>        Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>        Defendants. | Case No. 2:11-cv-00271-RCJ-GWF<br><br>**ORDER**<br><br>Ex-Parte Motion for Removal from Service List (#93) |

This matter comes before the Court on Nick Crosby, Esq.'s Motion to Remove Counsel from CM/ECF List (#93), filed on January 24, 2013. Mr. Crosby was Counsel in this matter for Defendants Raschke, Bible, and Las Vegas Metropolitan Police Department ("LVMPD"), who were dismissed from the action on December 20, 2012. *See Doc. #84*. Accordingly,

**IT IS HEREBY ORDERED** that LVMPD Defendants' Ex-Parte Motion to Remove Counsel from CM/ECF Service List and Request to Discontinue Notice of Proceedings is **granted**.

**IT IS FURTHER ORDERED** that Nicholas Crosby, Esq. shall be removed from the CM/ECF service list in this case as to Defendants Raschke, Bible, and LVMPD.

DATED this 28th day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge