BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 1056
By:  DAVID E. BAILEY
Deputy City Attorney
Nevada Bar No. 8955
495 S. Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: debailey@lasvegasnevada.gov
*Attorneys for Defendants City of Las Vegas,*
*Benjamin Nadig, and Edward Poleski*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES JEFFREY BUCHANAN,<br><br>              Plaintiff,<br><br>     vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; OFFICER SANDY RASCHKE, individually and as a police officer employed by the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; THE CITY OF LAS VEGAS, BENJAMIN NADIG, ESQ., CHARLOTTE BIBLE, ESQ., EDWARD POLESKI, ROE CORPORATIONS and/or GOVERNMENTAL ENTITIES, and JOHN DOES I-X, inclusive,<br><br>              Defendants. | CASE NO. 2:11-cv-00271-MMD-(GWF) |

### STIPULATION AND ORDER TO DISMISS CITY DEFENDANTS

COME NOW Defendants CITY OF LAS VEGAS, BENJAMIN NADIG, and EDWARD POLESKI (collectively referred to hereinafter as "**City Defendants**"), by and through their attorneys, BRADFORD R. JERBIC, City Attorney, by DAVID E. BAILEY, Deputy City Attorney; and Plaintiff, JAMES JEFFREY BUCHANAN, in proper person, and hereby agree and stipulate that the above-captioned action be dismissed with prejudice as it pertains to each of Plaintiff's claims and/or causes of action against City Defendants, with each party to bear their own attorney fees and costs; but that the

-2-

1  Court's Order dated February 15, 2013, in the above-captioned action concerning an award of attorney fees
2  in favor of City Defendants (Docket #96) remains and shall not be affected by this Stipulation and Order.
3  DATED this 27th day of February, 2013.

4  **BRADFORD R. JERBIC**
City Attorney

6  By: /s/ David E. Bailey
7  DAVID E. BAILEY                    JAMES JEFFREY BUCHANAN
   Deputy City Attorney               8321 W. Sahara Avenue, #1104
   Nevada Bar No. 8955                Las Vegas, NV 89117
8  495 S. Main Street, Sixth Floor    jeffbuchananlv1980@hotmail.com
   Las Vegas, NV 89101                In Proper Person
9  Attorneys for *City Defendants*

## ORDER

Based upon the foregoing Stipulation of the parties, each of Plaintiff's claims and causes of actions against each of Defendants CITY OF LAS VEGAS, BENJAMIN NADIG, and EDWARD POLESKI in the above-captioned action are dismissed with prejudice, with each party to bear their own costs and attorneys fees; but the Court's Order dated February 15, 2013, in the above-captioned action concerning an award of attorney fees in favor of City Defendants (Docket #96) remains and shall not be affected by this Order.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: February 27, 2013

SUBMITTED BY:

**BRADFORD R. JERBIC**
City Attorney

By: /s/ David E. Bailey
DAVID E. BAILEY
Deputy City Attorney
Nevada Bar No. 8955
495 S. Main Street, Sixth Floor
Las Vegas, NV 89101
*Attorneys for City Defendants*